```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ROBERT THIBODEAUX                              CIVIL ACTION

VERSUS                                         NO: 07-3647

MICHAEL J. ASTRUE,                             SECTION: R(2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION
```

## ORDER

Having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objections, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that Plaintiff's complaint be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 14th day of August, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE